IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ESTEEN REID | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv301 |
| JOHN RUPERT, ET AL | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was assigned to United States Magistrate Judge John D. Love, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed without prejudice pursuant to Plaintiff's own motion for dismissal. A copy of the Report and Recommendation was sent to Plaintiff. The docket sheet reflects that the Clerk's office received an acknowledgment of receipt of the Report and Recommendation on June 24, 2015.

No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly, **IT IS THEREFORE**

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 28th day of October, 2015.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE